IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVIRONMENT TEXAS CITIZEN LOBBY, INC. *and* SIERRA CLUB, | § § § § | |
| Plaintiffs, | § § | |
| | § | Civil Action No. H-10-4969 |
| v. | § § | |
| EXXONMOBIL CORPORATION, EXXONMOBIL CHEMICAL COMPANY, *and* EXXONMOBIL REFINING AND SUPPLY COMPANY, | § § § § § § | |
| Defendants. | § § | |

ORDER

Pending before the Court is Defendants Exxon Mobil Corporation, ExxonMobil Chemical Co., and ExxonMobil Refining and Supply Co.'s Motion to Dismiss (Document No. 10). Having considered the motion, response, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

ORDERS that Defendants Exxon Mobil Corporation, ExxonMobil Chemical Co., and ExxonMobil Refining and Supply Co.'s Motion to Dismiss (Document No. 10) is DENIED.

SIGNED at Houston, Texas, on this __7__ day of June, 2011.

DAVID HITTNER
United States District Judge