UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENVIRONMENT TEXAS CITIZEN LOBBY, INC., and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> EXXONMOBIL CORPORATION, EXXONMOBIL CHEMICAL COMPANY, and EXXONMOBIL REFINING AND SUPPLY COMPANY, <br><br> Defendants. | Civil Action No. 4:10-cv-4969 |

## DECLARATION OF DAVID A. NICHOLAS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT KAREN T. OLSON

I, David Nicholas, state as follows:

1. I am one of Plaintiffs' counsel. I make this declaration in support of Plaintiffs' Motion to exclude the testimony of Defendant's expert, Karen T. Olson. I have personal knowledge of all facts and statements attested to in this declaration.

2. Attached as Plaintiffs' Exhibit A is a true and correct copy of the Initial Report of Karen T. Olson, served by Defendants' Counsel dated May 15, 2012.

3. Attached as Plaintiffs' Exhibit B are true and correct copies of excerpted transcript pages of the deposition of Karen T. Olson, dated June 18, 2012 which was received from the Court Reporter.

4. Attached as Plaintiffs' Exhibit C are true and correct copies of excerpted pages of the Expert Report of Keith Bowers, dated March 15, 2012.

5. Attached as Plaintiffs' Exhibit D are true and correct copies of excerpted pages of the Expert Report of Ranajit Sahu, dated March 13, 2012.

I declare under the penalty of perjury, this 10th day of August, 2012, that the foregoing is true and correct.

David A. Nicholas