## COURTROOM MINUTES

JUDGE  Hittner                                                             PRESIDING

COURTROOM CLERK         E. Alexander

COURT REPORTER     Gayle Dye

LAW CLERK            Natasha Breaux

MORNING                  AFTERNOON
SESSION  10:00 - 1:10   SESSION 2:15 - 6:16       DATE:  2/10/14

---

DOCKET ENTRY

DH ) 4:10-4969                                  (Rptr- Dye              )
       (PROCEEDINGS:  First Day of Bench Trial                )

Environment Texas Citizen       v.     ExxonMobil Corporation, et al.

Appearances: For Plaintiff: Hilder, Nicholas, Kratka, Graham, Govern

For Defendant:   E. Nichols, B. Rice, F. Alexander, B. Coffee

First day of bench trial held. Testimony taken. Bench trial held and continued

to February 11, 2014 at 10:00 a.m.

---

Witnesses:     Richard Shae Cottar

               Diane Aguirre

               Luke Metzger