UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVIRONMENT TEXAS CITIZEN LOBBY, INC. *and* SIERRA CLUB, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-4969 |
| EXXON MOBIL CORPORATION, *et al.*, | § § § § | |
| *Defendants*. | § | JUDGE DAVID HITTNER |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, and ExxonMobil Refining and Supply Company ("The ExxonMobil Defendants") appeal to the U.S. Court of Appeals for the Fifth Circuit from the Final Judgment (ECF Doc. No. 258), entered on April 26, 2017, and the Order denying The ExxonMobil Defendants' Motion to Alter or Amend the Judgment and Findings (ECF Doc. No. 274), entered on July 31, 2017.

Respectfully submitted,

BECK REDDEN L.L.P.

By:   */s/ Eric J.R. Nichols*
    Eric J.R. Nichols
    State Bar No. 14994900
    S.D. Tex. 13066
515 Congress Avenue, Suite 1750
Austin, Texas 78701
Tel: (512) 708-1000
Fax: (512) 708-1002
Email:  enichols@beckredden.com

**ATTORNEY-IN-CHARGE**
**FOR DEFENDANTS**

**OF COUNSEL:**
BECK REDDEN L.L.P.
Fields Alexander
State Bar No. 00783528
S.D. Tex. I.D. No. 16427
falexander@beckredden.com
Russell S. Post
State Bar No. 00797258
S.D. Tex. I.D. No. 23206
rpost@beckredden.com
Bryon A. Rice
State Bar No. 24065970
S.D. Tex. I.D.  No. 1118643
brice@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Tel: (713) 951-3700
Fax: (713) 951-3720

2

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing pleading was served on all counsel of record in compliance with the Federal Rules of Civil Procedure and the parties' agreement by email on this 25th day of August 2017.

                                              */s/     Russell S. Post*
                                              Russell S. Post