UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVIRONMENT TEXAS CITIZEN LOBBY, INC., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-4969 |
| EXXONMOBIL CORPORATION, et al., | § § § § | |
| Defendants. | § | JUDGE DAVID HITTNER |

## [PROPOSED] ORDER ON PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPERT WITNESS FEES, AND COSTS

Pending before the Court is Plaintiffs' Application for Attorneys' Fees, Expert Witness Fees, and Costs. Having considered the application, the supporting documentation, and the relevant law, the Court determines that the motion should be GRANTED. Accordingly, the Court hereby

ORDERS that Defendants pay to Plaintiffs the amount of $6,070,835.91 to reimburse them for their reasonable attorneys' fees, expert witness fees, and taxable costs.

SIGNED at Houston, Texas, on this ____ day of _____, 2017.

_____
David Hittner
United States District Judge