UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVIRONMENT TEXAS CITIZEN LOBBY, INC., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-4969 |
| EXXONMOBIL CORPORATION, et al., | § § § § | |
| Defendants. | § | JUDGE DAVID HITTNER |

**APPENDIX TO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPERT WITNESS FEES, AND COSTS**

Plaintiffs submit this Appendix in support of their application for attorneys' fees, expert witness fees, and costs. This appendix consists of the following exhibits:

1. Compilation of Attorney Hours (Billed & Not Billed), Hourly Rates, and Fees Sought

2. Itemization of Expert Witness Fees & Costs, with Supporting Invoices

3. Bill of Costs

4. Itemization of Taxable Costs, with Supporting Invoices

5. Declaration of David A. Nicholas

6. David A. Nicholas c.v.

7. David A. Nicholas timesheets (chronological)

8. David A. Nicholas timesheets (sorted by category of work)

9. Statement of Troy Ford to National Law Journal

10. Excerpt from Civins Deposition Transcript

11. Excerpt from memorandum of law in *Smith v. Steadfast Mgmt.*

12. Excerpt from memorandum of law in *Mulanax v. Steadfast Mgmt.*

13. Excerpt from memorandum of law in *Garcia v. Camden Stonebridge*

14. Declaration of Joshua R. Kratka

15. Joshua R. Kratka c.v.

16. Joshua R. Kratka timesheets (chronological)

17. Joshua R. Kratka timesheets (sorted by category of work)

18. Declaration of Philip H. Hilder

19. Philip H. Hilder c.v.

20. William B. Graham c.v.

21. Hilder & Associates timesheets (chronological)

22. Hilder & Associates timesheets (sorted by category of work)

23. Declaration of Charles C. Caldart

24. Charles C. Caldart c.v.

25. Charles C. Caldart timesheets (chronological)

26. Charles C. Caldart timesheets (sorted by category of work)

27. Declaration of Heather Govern

28. Heather Govern c.v.

29. Heather Govern timesheets (chronological)

30. Heather Govern timesheets (sorted by category of work)

31. Declaration of Kevin Budris

32. Kevin Budris c.v.

33. Kevin Budris timesheets (chronological)

34. Kevin Budris timesheets (sorted by category of work)

35. Declaration of Craig Smyser

36. Craig Smyser c.v.

37. Declaration of Eric Schaeffer

Dated:  October 5, 2017                                    Respectfully submitted,

*/s/ Philip J. Hilder*                                              */s/ David A. Nicholas*
Philip J. Hilder                                                    S.D. Tex. Bar No. 896677
State Bar No. 09620050                                   20 Whitney Road
Southern District of Texas Bar No. 2474    Newton, Massachusetts  02460
Hilder & Associates, P.C.                               (617) 964-1548 (phone)
819 Lovett Blvd.                                               (617) 663-6233 (fax)
Houston, Texas  77006-3905                        */s/ Joshua R. Kratka*
(713) 655-9111 (phone)                                 Joshua R. Kratka
(713) 655-9112 (fax)                                       S.D. Tex. Bar No. 962922
ATTORNEY-IN-CHARGE                             National Environmental Law Center
FOR PLAINTIFFS                                          294 Washington Street, Suite 500
                                                                         Boston, Massachusetts  02108
Counsel for Plaintiffs                                    (617) 747-4333 (phone)
                                                                         (617) 292-8057 (fax)