UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENVIRONMENT TEXAS CITIZEN LOBBY, INC.,
and SIERRA CLUB,

        Plaintiffs,                    C.A. No. 4:10-cv-4969

v.

EXXONMOBIL CORPORATION,
EXXONMOBIL CHEMICAL COMPANY, and
EXXONMOBIL REFINING AND SUPPLY COMPANY,

        Defendants.

**ADDENDUM TO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPERT WITNESS FEES, AND COSTS**

Plaintiffs submit this addendum to add a page and line citation to the Jeff Civins deposition testimony referred to on page 13 of Plaintiffs' fee application. The citation to "Appendix Ex. 10" on that page should include after it: "(Civins Depo. Tr. 6:66-23, 7:4-12)".

Dated:  October 6, 2017

/s/ Philip H. Hilder
Philip H. Hilder
State Bar No. 09620050
Southern District of Texas Bar No. 2474
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas  77006-3905
(713) 655-9111 (phone)
(713) 655-9112 (fax)
ATTORNEY-IN-CHARGE
FOR PLAINTIFFS

Counsel for Plaintiffs

/s/ David A. Nicholas
S.D. Tex. Bar No. 896677
20 Whitney Road
Newton, Massachusetts  02460
(617) 964-1548 (phone)
(617) 663-6233 (fax)

Joshua R. Kratka
S.D. Tex. Bar No. 962922
National Environmental Law Center
294 Washington Street, Suite 500
Boston, Massachusetts  02108
(617) 747-4333 (phone)
(617) 292-8057 (fax)

## CERTIFICATE OF SERVICE

On October 6, 2017, a true and correct copy of the foregoing was served through the Court's ECF system and in compliance with the Federal Rules of Civil Procedure on all counsel of record.

/s/ Philip H. Hilder
Philip H. Hilder