# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 06, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-20545    Env Texas Citizen Lobby, Inc., et al v. ExxonMobil Corporation, et al  
                        USDC No. 4:10-CV-4969

The court has granted an extension of time to and including January 12, 2018 for filing appellant's/petitioner's brief in this case. No further extensions will be granted.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Casey A. Sullivan, Deputy Clerk

Mr. Fields Alexander  
Mr. David J. Bradley  
Mr. Charles Craig Caldart  
Ms. Heather A. Govern  
Mr. Philip Harlan Hilder  
Mr. Joshua Robert Kratka  
Mr. David A. Nicholas  
Mr. Eric J. R. Nichols  
Mr. Russell S. Post