IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVIRONMENT TEXAS CITIZEN LOBBY, INC. *and* SIERRA CLUB, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-10-4969 |
| EXXONMOBIL CORPORATION, EXXONMOBIL CHEMICAL COMPANY, *and* EXXONMOBIL REFINING AND SUPPLY COMPANY, | § § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

The Court has contemporaneously issued its Second Revised Findings of Fact and Conclusions of Law in the above-styled matter. Accordingly, based on the findings of fact, analysis, and conclusions of law set forth in the Court's order contemporaneously dated, the Court hereby

**RENDERS** judgment for Plaintiffs Environment Texas Citizen Lobby, Inc. and Sierra Club in the amount of **$14,251,302** in civil penalties pursuant the Clean Air Act and, subject to timely submission of proper documentation, attorneys' fees, expert fees, and costs in an amount to later be determined by the Court.

SIGNED at Houston, Texas, on this 2 day of March, 2021.

DAVID HITTNER
United States District Judge