United States District Court
Southern District of Texas
**ENTERED**
April 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVIRONMENT TEXAS CITIZEN LOBBY, INC. *and* SIERRA CLUB, | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. H-10-4969 |
| EXXONMOBIL CORPORATION, EXXONMOBIL CHEMICAL COMPANY, *and* EXXONMOBIL REFINING AND SUPPLY COMPANY, | § § § § § § § | |
| Defendants. | § § | |

### ORDER

Pending before the Court is The ExxonMobil Defendants' Rule 52(b) Motion for Additional Findings (Document No. 306). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that The ExxonMobil Defendants' Rule 52(b) Motion for Additional Findings (Document No. 306) is **DENIED**.

SIGNED at Houston, Texas, on this 5 day of April, 2021.

DAVID HITTNER
United States District Judge